IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LODSYS GROUP, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 2:13-cv-00272-JRG |
| | § | |
| CAESARS INTERACTIVE | § | **JURY TRIAL DEMANDED** |
| ENTERTAINMENT, INC., | § | |
| | § | |
| Defendant. | § | |

**CAESARS INTERACTIVE ENTERTAINMENT, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Caesars Interactive Entertainment, Inc. ("CIE") discloses that Caesars Entertainment Corporation ("CEC"), a publicly traded corporation, through subsidiaries, owns a majority interest in CIE. Certain investment funds affiliated with Apollo Global Management, LLC ("AGM") and TPG Capital, LP indirectly own more than 10% of the common stock in CEC (NASDAQ: CZR). AGM's Class A Shares are publicly traded on the New York Stock Exchange (NYSE: APO).

Dated: June 3, 2013                                Respectfully submitted,

                                                            By:  */s/ David M. Stein*
                                                               David M. Stein
                                                               Texas State Bar No. 00797494
                                                               AKIN GUMP STRAUSS HAUER & FELD, LLP
                                                               633 West Fifth Street, Suite 5000
                                                               Los Angeles, California 90071-2081
                                                               Phone: 213.254.1240
                                                               Fax:    213.254.1201
                                                               Email: dstein@akingump.com

                                                               Charles Everingham IV
                                                               Texas State Bar No. 00787447

AKIN GUMP STRAUSS HAUER & FELD, LLP
911 West Loop 281, Suite 412
Longview, Texas 75604
Phone: 903.297.7404
Fax:     903.297.7402
Email: ceveringham@akingump.com

Iftikhar Ahmed
Texas Bar No. 24064795
iahmed@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002
Phone: 713.220.5800
Fax:     713.236.0822
iahmed@akingump.com

**ATTORNEYS FOR DEFENDANT
CAESARS INTERACTIVE
ENTERTAINMENT, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 3rd day of June, 2013, with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

/s/ David M. Stein
David M. Stein